PAUL KANDELL v. HARRY KAPLAN.—

Concur— Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

CHARLES F. KRAUSE v. SUD-AVIATION, SOCIETE NATIONALE DE CONSTRUCTIONS AERONAUTIQUES, et al.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY HEWLETT.—

Concur —
Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

In the Matter of PAUL TANTILLO v. TEMPORARY STATE HOUSING RENT COMMISSION.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

KITTY BLEYER v. LILIAN GOLDSTEIN.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

JACK KAY v. LEONID TANKEL.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

In the Matter of FELICE L. STERN (Formerly FELICE JACOBSON) and DONALD W. JACOBSON.—

Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

In the Matter of EDWARD TIRDELL et al., Doing Business as YORK WINES & LIQUORS, v. STATE LIQUOR AUTHORITY.—

Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

JAMES A. WALKER v. NEW YORK PREPARATORY SCHOOL et al.—

Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.